IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN RE DISSOLUTION OF DOEHLER DRY INGREDIENT SOLUTIONS, LLC, a Delaware limited liability company. | §<br>§<br>§<br>§<br>§<br>§<br>§ | No. 350, 2022<br><br>Court Below–Court of Chancery of the State of Delaware<br><br>C.A. No. 2022-0354 |

Submitted: March 8, 2023
Decided: March 14, 2023

Before **SEITZ**, Chief Justice; **VAUGHN** and **TRAYNOR**, Justices.

## **ORDER**

This 14th day of March 2023, after consideration of the parties' briefs, the argument of counsel, and the record on appeal, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of its September 15, 2022 Memorandum Opinion.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[1] *In re Doehler Dry Ingredient Solutions, LLC*, 2022 WL 4281841 (Del. Ch. Sept. 15, 2022).